# EXHIBIT D

Fiscal Year 2026 Homeland Security Grant Program (HSGP): 20% Withholding and the Election Security National Priority Area (Updated July 9, 2026)

FOR OFFICIAL USE ONLY

U.S. Department of Homeland Security
Washington, DC 20472

FEMA

Updated July 9, 2026

# Fiscal Year (FY) 2026 Homeland Security Grant Program (HSGP): 20% Withholding and the Election Security National Priority Area

| | | | |
|---|---|---|---|
| **$1.064B** FY 2026 HSGP available funding | **JULY 24** FY 2026 application deadline | **20%** of total award withheld from drawdown | **3%** minimum election security allocation |

## Program Overview

The FY 2026 HSGP makes more than $1 billion available to strengthen state, local, Tribal Nation, and territorial preparedness through three component programs: the State Homeland Security Program (SHSP), the Urban Area Security Initiative (UASI), and Operation Stonegarden (OPSG). All three are awarded to State Administrative Agencies (SAAs) for subaward to local and tribal partners. Investments must align with the Secretary of Homeland Security's FY 2026 national security priorities, including the protection of election integrity. For FY 2026, full drawdown of HSGP funds is conditioned on compliance with the Election Security National Priority Area (NPA) requirements through a 20% withholding, in addition to the 3% minimum spending requirement.

## The 20% Withholding Process

In addition to the FY 2026 NPA minimum spending requirements and the 35% Law Enforcement Terrorism Prevention Activities (LETPA) minimum spending requirement, FEMA will withhold from drawdown 20% of each recipient's total HSGP award (SHSP, UASI and OPSG) until proof of compliance with the Election Security NPA requirements is submitted and verified (per the FY 2026 HSGP Notice of Funding Opportunity (NOFO).

**1. AWARD ISSUED**
FY 2026 HSGP award (SHSP + UASI + OPSG)

**2. 20% WITHHELD**
from drawdown, assessed at the recipient (SAA / UASI) level

**3. PROOF SUBMITTED**
Election Security NPA compliance (NOFO Page 15-16)

**4. VERIFIED & RELEASED**
FEMA confirms compliance and releases the withheld funds.

## Election Security National Priority Area

The Election Security NPA is one of five FY 2026 NPAs. All SHSP and UASI recipients must spend at least 3% of their FY 2026 HSGP funds on election security investments and submit a dedicated Investment Justification (IJ) for this NPA. Recipient and subrecipient management and administration (M&A) costs supporting these projects may be counted toward the 3% minimum. Allowable uses include physical and site security for election infrastructure; cybersecurity risk assessments, planning and training; vulnerability remediation (encrypted backups, network segmentation, endpoint and Distributed Denial of Service [DDoS] protection); .gov domain migration; and public awareness campaigns.

## Five Compliance Requirements for the Election Security NPA Required to Release the 20% Withholding

To strengthen the integrity of U.S. elections, each state and high-risk urban area election jurisdiction must complete the following actions:

| | |
|---|---|
| **01** | **Voting System Transition Plan**<br>Submit a plan to transition from bar-code or QR-code voting systems to hand-marked paper ballots, with timeline and any funding request. |
| **02** | **Post-Election Manual Audit**<br>Demonstrate proof of a post-election 5% manual audit conducted in accordance with the Secretary's guidelines. |
| **03** | **Voter and Ballot Reconciliation**<br>Reconcile the number of voters who voted to the number of ballots cast in each federal election, using the Secretary's methodology. |
| **04** | **Voter Roll Citizenship Verification**[1]<br>Use the USCIS Systematic Alien Verification for Entitlements (SAVE) system to verify voter roll citizenship within 120 days of accepting the award, with corrective action to remove verified non-U.S. citizens. |
| **05** | **Election Worker Citizenship Verification**<br>Use SAVE or another authorized system to verify U.S. citizenship of polling-place workers and election-system operators. |

| DURING THE HOLD, RECIPIENTS MAY: | RECIPIENTS MAY NOT: |
|---|---|
| ✓ Obligate and subaward funds;<br>✓ Incur and charge allowable costs per the award terms and conditions and 2 C.F.R. Part 200; and<br>✓ Submit proof of compliance at any time. | ✗ Draw down the withheld 20%.<br>*Released in full upon verified compliance; sustained noncompliance may implicate 2 C.F.R. § 200.339 remedies.* |

### Key Questions and Answers

1. **At what level is the withholding assessed?** At the recipient (SAA) level only. It is not assessed at the subrecipient level.
2. **Does the withholding change pass-through obligations?** SAAs remain responsible for SHSP/UASI pass-through requirements. Obligating subawards is distinct from drawdown, and withheld amounts remain unavailable for drawdown until FEMA releases the hold.
3. **Is the withholding a reduction of the award?** No. The withholding is a temporary drawdown control, not a penalty or deobligation. Sustained noncompliance, however, may indicate remedies for noncompliance under 2 C.F.R. § 200.339 are necessary.

**Who must comply, and what is the minimum allocation?** All SHSP and UASI recipients must dedicate at least 3% of HSGP funds to election security investments and submit a dedicated Investment Justification (IJ) for this NPA. Recipient and subrecipient M&A costs supporting election security projects may count toward the 3% minimum spend.

[1] To the extent that the functionality of the Systematic Alien Verification for Entitlements (SAVE) system has been impacted by the June 22, 2026, order in the League of Women Voters v. U.S. Department of Homeland Security, Civ. Action No. 25-3501, while on appeal, for any person who is registered to vote but for whom a state does not have records of citizenship, the state may resolve this uncertainty by submitting relevant information to USCIS for an immigration records search consistent with the requirements of 8 U.S.C. § 1373.