Case 1:26-cv-00485-MSM-PAS   Document 33-3   Filed 07/31/26   Page 1 of 9 PageID #:
Case 1:26-cv-00485-MSM-PAS   Document 63-3   Filed 07/24/26   Page 1 of 9 PageID #:
584

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

District of Rhode Island

| | | |
|---|---|---|
| State of Illinois, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:26-cv-00485 |
| | ) | |
| Federal Emergency Management Agency, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. DEPT. OF HOMELAND SECURITY
MS 0525 Dept. of Homeland Security
2707 Martin Luther King Jr Ave SE
Washington, DC 20528-0525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   See attached.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **July 24, 2026**

*/s/* **Hanorah Tyer-Witek**
**Clerk of Court**

Case 1:26-cv-00485-MSM-PAS   Document 33-3   Filed 07/31/26   Page 2 of 9 PageID #:
Case 1:26-cv-00485-MSM-PAS   Document 6393   Filed 07/24/26   Page 2 of 9 PageID #:
585

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-00485

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   US Dept. of Homeland Security

was received by me on *(date)*   7/30/2026   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Today, I sent by certified mail (1) a copy of the summons and the complaint with to
defendant's address stated on the summons; (2) copies of the same to the Attorney General
of the United States at Washington, D.C.; and (3) copies of the same to the civil process
clerk at the United States Attorney's Office for the District of Rhode Island.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  7/30/2026

_____
*Server's signature*

William Piva, Investigator
*Printed name and title*

4 Howard Avenue
Cranston, RI 02930

_____
*Server's address*

Additional information regarding attempted service, etc:

Case 1:26-cv-00485-MSM-PAS    Document 33-3    Filed 07/31/26    Page 3 of 9 PageID #:
Case 1:26-cv-00485-MSM-PAS    Document 64-3    Filed 07/24/26    Page 3 of 9 PageID #:
586

**ROB BONTA**
  ATTORNEY GENERAL OF CALIFORNIA

Michael L. Newman*
  *Senior Assistant Attorney General*
Lee I. Sherman*
James E. Stanley*
  *Supervising Deputy Attorneys General*
Jesse Basbaum*
Lisa C. Ehrlich*
Deylin Thrift-Viveros*
  *Deputy Attorneys General*

/s/ Delbert Tran
Delbert Tran*
  *Deputy Attorney General*
California Department of Justice
455 Golden Gate Ave.
San Francisco, CA 94102
(415) 229-0110
delbert.tran@doj.ca.gov

*Attorneys for the State of California*

**KWAME RAOUL**
  ATTORNEY GENERAL OF ILLINOIS

/s/ Alex Hemmer
Alex Hemmer*
  *Deputy Solicitor General*
Michael M. Tresnowski*
  *Assistant Attorney General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 590-7932
alex.hemmer@ilag.gov

*Attorneys for the State of Illinois*

Case 1:26-cv-00485-MSM-PAS   Document 33-3   Filed 07/31/26   Page 4 of 9 PageID #:
Case 1:26-cv-00485-MSM-PAS   Document 64-3   Filed 07/24/26   Page 4 of 9 PageID #:
587

**JENNIFER DAVENPORT**
   ATTORNEY GENERAL OF NEW JERSEY

/s/ Shankar Duraiswamy
Shankar Duraiswamy*
  *Deputy Solicitor General*
Mayur P. Saxena*
  *Assistant Attorney General*
Yael Fisher*
Bassam Gergi*
Meghan Musso*
  *Deputy Attorneys General*
New Jersey Office of Attorney General
25 Market Street, PO Box 093
Trenton, NJ 08625-0093
(609) 376-2745
shankar.duraiswamy@law.njoag.gov

*Attorneys for the State of New Jersey*


**KRISTIN K. MAYES**
   ATTORNEY GENERAL OF ARIZONA

/s/ Hayleigh S. Crawford
Hayleigh S. Crawford*
  *Deputy Solicitor General*
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333
Hayleigh.Crawford@azag.gov
ACL@azag.gov

*Attorneys for the State of Arizona*


**PETER F. NERONHA**
   ATTORNEY GENERAL OF RHODE ISLAND

/s/ Kathryn M. Sabatini
Kathryn M. Sabatini (R.I. Bar No. 8486)
  *Chief, Civil Division*
  *Special Assistant Attorney General*
Paul Meosky (RI Bar No. 10742)
  *Special Assistant Attorney General*
Rhode Island Attorney General's Office
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 1882
ksabatini@riag.ri.gov

*Attorneys for the State of Rhode Island*


**PHILIP J. WEISER**
   ATTORNEY GENERAL OF COLORADO

/s/ Sarah H. Weiss
David Moskowitz*
  *Deputy Solicitor General*
Sarah H. Weiss*
  *Senior Assistant Attorney General*
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
david.moskowitz@coag.gov
sarah.weiss@coag.gov

*Attorneys for the State of Colorado*

80

Case 1:26-cv-00485-MSM-PAS    Document 33-3    Filed 07/31/26    Page 5 of 9 PageID #:
Case 1:26-cv-00485-MSM-PAS    Document 42    Filed 07/24/26    Page 5 of 9 PageID #:
588

<div style="display: flex; justify-content: space-between;">

**WILLIAM TONG**
  ATTORNEY GENERAL OF CONNECTICUT

/s/ Andrew M. Ammirati
Andrew M. Ammirati*
  *Assistant Attorney General*
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5090
andrew.ammirati@ct.gov

*Attorneys for the State of Connecticut*


**KATHLEEN JENNINGS**
  ATTORNEY GENERAL OF DELAWARE

/s/ Vanessa L. Kassab
Ian R. Liston*
  *Director of Impact Litigation*
Vanessa L. Kassab*
  *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*

</div>

<div style="display: flex; justify-content: space-between;">

**BRIAN L. SCHWALB**
  ATTORNEY GENERAL FOR THE DISTRICT OF
  COLUMBIA

/s/ Nicole S. Hill
Nicole S. Hill*
  *Assistant Attorney General*
Office of the Attorney General
  for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 727-4171
nicole.hill@dc.gov

*Attorneys for the District of Columbia*


**ANNE E. LOPEZ**
  ATTORNEY GENERAL OF HAWAIʻI

/s/ Kalikoʻonālani D. Fernandes
Kalikoʻonālani D. Fernandes*
  *Solicitor General*
Department of the Hawaiʻi Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaiʻi*

</div>

Case 1:26-cv-00485-MSM-PAS    Document 33-3    Filed 07/31/26    Page 6 of 9 PageID #:
Case 1:26-cv-00485-MSM-PAS    Document 43    Filed 07/24/26    Page 6 of 9 PageID #:
589

**OFFICE OF THE GOVERNOR EX REL.
ANDY BESHEAR,** IN HIS OFFICIAL CAPACITY
AS GOVERNOR OF THE COMMONWEALTH
OF KENTUCKY

/s/ S. Travis Mayo
S. Travis Mayo*
  *General Counsel*
Sam Flynn*
  *Chief Deputy General Counsel*
Laura C. Tipton*
  *Deputy General Counsel*
Office of the Governor
501 High Street
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
sam.flynn@ky.gov
laurac.tipton@ky.gov

*Attorneys for Plaintiff Office of the Governor
ex rel. Andy Beshear, in his official capacity as
Governor of the Commonwealth of Kentucky*

**ANTHONY G. BROWN**
  ATTORNEY GENERAL OF MARYLAND

/s/ Robert N. Brewer
Robert N. Brewer*
  *Assistant Attorney General*
Office of the Maryland Attorney General
200 Saint Paul Place
20th Floor
Baltimore, MD 21202
(410) 576-6924
rbrewer@oag.maryland.gov

*Attorneys for the State of Maryland*

**AARON M. FREY**
  ATTORNEY GENERAL OF MAINE

/s/ John E. Belisle
John E. Belisle*
  *Assistant Attorney General*
Office of Maine Attorney General
6 State House Station
Augusta, Maine 04333-006
(207)626-8800
john.belisle@maine.gov

*Attorneys for the State of Maine*

**ANDREA JOY CAMPBELL**
  ATTORNEY GENERAL OF MASSACHUSETTS

/s/ Nita Kumaraswami Klunder
Nita K. Klunder*
Vanessa Arslanian*
  *State Trial Counsels*
Julia S. Canney*
  *Assistant Attorney General*
Office of the Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108
(617) 963-2394
nita.klunder@mass.gov

*Attorneys for the Commonwealth of
  Massachusetts*

82

Case 1:26-cv-00485-MSM-PAS    Document 33-3    Filed 07/31/26    Page 7 of 9 PageID #:
Case 1:26-cv-00485-MSM-PAS    Document 44-3    Filed 07/24/26    Page 7 of 9 PageID #:
644
590

**DANA NESSEL**
  ATTORNEY GENERAL OF MICHIGAN

/s/ Neil Giovanatti
Neil Giovanatti*
  *Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa Street
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov

*Attorneys for the State of Michigan*


**AARON D. FORD**
  ATTORNEY GENERAL OF NEVADA

/s/ K. Brunetti Ireland
K. Brunetti Ireland*
  *Chief of Special Litigation*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Attorneys for the State of Nevada*


**KEITH ELLISON**
  ATTORNEY GENERAL OF MINNESOTA

/s/Katherine Bies
Katherine Bies*
  *Assistant Attorney General*
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101
(651) 300-0917
Katherine.Bies@ag.state.mn.us

*Attorneys for the State of Minnesota*


**RAÚL TORREZ**
  ATTORNEY GENERAL OF NEW MEXICO

/s/ Mark Noferi
Mark Noferi*
  *Senior Litigation Counsel*
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, NM 87501
(505) 640-2891
mnoferi@nmdoj.gov

*Attorneys for the State of New Mexico*

Case 1:26-cv-00485-MSM-PAS   Document 33-3   Filed 07/31/26   Page 8 of 9 PageID #:
Case 1:26-cv-00485-MSM-PAS   Document 45   Filed 07/24/26   Page 8 of 9 PageID #:
645
591

**LETITIA JAMES**
  ATTORNEY GENERAL OF NEW YORK

/s/ Stephen C. Thompson
Rabia Muqaddam*
  *Chief Counsel for Federal Initiatives*
Stephen C. Thompson*
  *Special Counsel*
28 Liberty Street
New York, NY 10005
(212) 416-6183
stephen.thompson@ag.ny.gov

*Attorneys for the State of New York*

**DAN RAYFIELD**
  ATTORNEY GENERAL OF OREGON

/s/ Thomas H. Castelli
Thomas H. Castelli*
  *Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
thomas.castelli@doj.oregon.gov

*Attorneys for the State of Oregon*

**JEFF JACKSON**
  ATTORNEY GENERAL OF NORTH CAROLINA

Laura Howard
  *Chief Deputy Attorney General*

/s/ Daniel P. Mosteller
Daniel P. Mosteller*
  *Associate Deputy Attorney General*
Daniel T. Wilkes*
  *Assistant Deputy Attorney General*
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
(919) 716-6026
dmosteller@ncdoj.gov
dwilkes@ncdoj.gov

*Attorneys for the State of North Carolina*

**JOSH SHAPIRO**
  GOVERNOR OF THE COMMONWEALTH OF
  PENNSYLVANIA

/s/ Jacob B. Boyer
Jennifer C. Selber*
Jacob B. Boyer*
  *Governor's Office of General Counsel*
30 North 3rd Street
Suite 200
Harrisburg, PA 17101
jacobboyer@pa.gov

*Attorneys for Governor Josh Shapiro*

84

Case 1:26-cv-00485-MSM-PAS   Document 33-3   Filed 07/31/26   Page 9 of 9 PageID #:
Case 1:26-cv-00485-MSM-PAS   Document 64-3   Filed 07/24/26   Page 9 of 9 PageID #:
646
592

**CHARITY R. CLARK**
  ATTORNEY GENERAL OF VERMONT

/s/ Julio A. Thompson
Julio A. Thompson*
  *Co-Director, Civil Rights Unit*
Officer of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-5519
julio.thompson@vermont.gov

*Attorneys for the State of Vermont*


**NICHOLAS W. BROWN**
  ATTORNEY GENERAL OF WASHINGTON

/s/ Tyler Roberts
Tyler Roberts*
  *Assistant Attorney General*
Cristina Sepe*
  *Deputy Solicitor General*
Washington State Office of the Attorney
  General
800 Fifth Avenue
Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Tyler.Roberts@atg.wa.gov
Cristina.Sepe@atg.wa.gov

*Attorneys for the State of Washington*


**JAY JONES**
  ATTORNEY GENERAL FOR THE
  COMMONWEALTH OF VIRGINIA

/s/ Megan C. Keenan
Megan C. Keenan*
  *Deputy Solicitor General*
202 North Ninth Street
Richmond, Virginia 23219
(804) 997-5222
mkeenan@oag.state.va.us

*Attorneys for the Commonwealth of Virginia*


**JOSHUA L. KAUL**
  ATTORNEY GENERAL OF WISCONSIN

/s/ Frances Reyolds Colbert
Frances Reynolds Colbert*
  *Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-9226
frances.colbert@wisdoj.gov

*Attorneys for the State of Wisconsin*

85