**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ILLINOIS *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY *et al.*,<br><br>Defendant. | No. 1:26-cv-00485 |

**<u>NOTICE OF WITHDRAWAL AS ATTORNEY</u>**

Pursuant to Local Rule 206(d), and having provided notice to the State of North Carolina, the undersigned attorney, Daniel T. Wilkes, hereby withdraws as counsel for Plaintiff State of North Carolina in the above-captioned matter. North Carolina remains represented by other counsel in this case.

Dated: September 2, 2026

Respectfully submitted,

By /s/ Daniel T. Wilkes
*Assistant Deputy Attorney General*
North Carolina Department of Justice
114 W Edenton St.
Raleigh, NC 27603
919-716-6415
dwilkes@ncdoj.gov

*Counsel for State of North Carolina*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

Dated: September 2, 2026

Respectfully submitted,

By /s/ Daniel T. Wilkes
*Assistant Deputy Attorney General*
North Carolina Department of Justice
114 W Edenton St.
Raleigh, NC 27603
919-716-6415
dwilkes@ncdoj.gov

*Counsel for State of North Carolina*