**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STATE OF ILLINOIS, *et al.*,

*Plaintiffs*,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al.*,

*Defendants.*

Case No. 1:26-cv-00485-MSM-PAS

Hon. Mary S. McElroy

**INDEX OF EXHIBITS TO PLAINTIFF STATES' FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

| No. | Document Title |
|---|---|
| 1 | Fed. Emergency Mgmt. Agency, Grant Programs Directorate Info. Bulletin No. 582 (Sept. 18, 2026) |
| 2 | Department of Homeland Security (DHS) Standard Terms and Conditions (Aug. 28, 2026) |
| 3 | Department of Homeland Security (DHS) Standard Terms and Conditions (Apr. 16, 2026) |
| 4 | U.S. Dep't of Homeland Sec., *DHS Standard Terms and Conditions* (captured Oct. 2, 2026), https://www.dhs.gov/publication/dhs-standard-terms-and-conditions |
| 5 | U.S. Dep't of Homeland Sec., Notice of Funding Opportunity: Fiscal Year 2026 Homeland Security Grant Program (HSGP) (June 24, 2026) |
| 6 | U.S. Dep't of Homeland Sec., Notice of Funding Opportunity: Fiscal Year 2026 Homeland Security Grant Program (HSGP) (July 9, 2026) |
| 7 | Award Letter to Ill. Emergency Mgmt. Agency & Off. of Homeland Sec., Homeland Security Grant Program (Sept. 23, 2026) |
| 8 | Fed. Emergency Mgmt. Agency, Fiscal Year (FY) 2026 Homeland Security Grant Program (HSGP): 20% Withholding and the Election Security National Priority Area (July 9, 2026) |
| 9 | Fed. Emergency Mgmt. Agency, Grant Programs Directorate Info. Bulletin No. 580 (Aug. 10, 2026) |
| 10 | U.S. Dep't of Homeland Sec., Notice of Funding Opportunity: Fiscal Year 2026 Emergency Management Performance Grant Program (EMPG) (June 15, 2026) |

| **No.** | **Document Title** |
|---|---|
| 11 | Award Letter to Ill. Emergency Mgmt. Agency & Off. of Homeland Sec., Emergency Management Performance Grant Program (Sept. 24, 2026) |
| 12 | Award Letter to Ill. Emergency Mgmt. Agency & Off. of Homeland Sec., National Earthquake Hazards Reduction Program, Individual State Earthquake Assistance Grant Program (Sept. 28, 2026) |
| 13 | U.S. Dep't of Homeland Sec., *Fusion Centers* (captured Oct. 2, 2026), https://www.dhs.gov/fusion-centers |
| 14 | U.S. Dep't of Homeland Sec., *Fusion Center Locations and Contact Information* (captured Oct. 2, 2026), https://www.dhs.gov/fusion-center-locations-and-contact-information |