**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ILLINOIS, *et al.*,

Plaintiffs,

*v.*

FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al.*,

Defendants.

Civil Action No. 26-CV-485-MSM-RLA

**DEFENDANTS' MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Defendants respectfully move for leave to supplement the administrative record with the materials submitted herewith, consisting of a certification of the administrative record, an index identifying the supplemental materials, and six additional documents.

The parties previously agreed to a briefing schedule starting on October 9, 2026, following disclosure of the administrative record by October 6, 2026. ECF 43. Late in the afternoon on October 7, 2026, however, Defendants indicated to undersigned counsel that they expected to supplement the administrative record with additional materials, which were provided to undersigned counsel this evening. One of those documents is a memorandum that was issued today.

Defendants regret the late production and are providing the materials promptly upon receipt. Allowing supplementation will ensure that the Court has before it the administrative record materials Defendants understand to be relevant to the challenged agency action, while preserving the briefing schedule to the extent practicable.

For those reasons, Defendants respectfully request that the Court permit supplementation of the administrative record with the attached documents.

Respectfully submitted,

TODD BLANCHE
Attorney General

CHARLES C. CALENDA
First Assistant United States Attorney

*/s/ Rachna Vyas*
RACHNA VYAS
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5001 (Fax)
Email: Rachna.vyas@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on October 8, 2026, I electronically filed the foregoing document and it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

/s/ Rachna Vyas
Assistant United States Attorney