**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ILLINOIS, *et al.*,<br><br>Plaintiffs,<br><br>*v.*<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al.*,<br><br>Defendants. | Civil Action No. 26-CV-485-MSM-RLA<br><br>**CERTIFICATION OF ADMINISTRATIVE RECORD** |

I, Pamela S. Williams, declare as follows:

1. I am employed by the Federal Emergency Management Agency as the Deputy Assistant Administrator (Acting) for the Grant Programs Directorate. In this capacity, my responsibilities include managing and administering the various grant programs assigned to FEMA directly by statute or through delegation from the Secretary and Administrator for FEMA, including the Homeland Security Grant Program ("HSGP") and other grants in the preparedness and non-disaster suite of programs.
2. The statements in this Declaration are based on my personal knowledge; information provided to me in my official capacity; my reasonable inquiry; information obtained from relevant records, systems, databases, and DHS or FEMA personnel; and my evaluation of that information.
3. Based on the foregoing, the documents identified in the attached Index are part of the administrative record in *Illinois, et al. v. Federal Emergency Management Agency, et al.*, Case No. 1:26-cv-485.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed: October 8 2026

PAMELA S WILLIAMS

Digitally signed by PAMELA S WILLIAMS
Date: 2026.10.08 15:29:13 -04'00'

Pamela Williams
Deputy Assistant Administrator (Acting)
Grant Programs Directorate
Federal Emergency Management Agency