**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ILLINOIS, *et al.*,

Plaintiffs,

*v.*

FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al.*,

Defendants.

Civil Action No.
26-CV-485-MSM-RLA

## INDEX FOR SUPPLEMENTAL ADMINISTRATIVE RECORD

| No. | Document | Date | Description | Page count |
|---|---|---|---|---|
| 1 | Decision Memorandum, *Deviations from the Fiscal Year 2026 DHS Standard Terms and Conditions and Program Specific Terms and Conditions for FEMA Resilience Grants* | May 11, 2026 | Approval request by FEMA to use FY 2026 deviations from DHS standard grant terms and a range of program-specific conditions for resilience grants, enabling timely awards while addressing litigation, grant-management requirements, and program compliance controls. | 19 |
| 2 | FEMA Memorandum for the Secretary, *Approval Requested – Key Decisions for Fiscal Year 2026 Preparedness Grant Programs (Part 1)* | May 28, 2026 | Request by FEMA for approval by the Secretary of key FY 2026 preparedness-grant decisions, including maintaining most FY 2025 priorities and requirements, strengthening election-security compliance measures, setting risk-based funding approaches, and restoring competitive awards for the Nonprofit Security Grant Program. | 2 |
| 3 | Decision Memorandum (September 9, 2026), *Deviations from the Fiscal Year 2026 DHS Standard Terms and Conditions and FEMA Program Specific Information for Non-Disaster Grant Awards* | September 9, 2026 | FEMA decision memorandum requesting approval by Under Secretary for Management for additional deviations from the FY 2026 DHS Standard Terms and Conditions and FEMA program-specific terms and conditions for non-disaster grant awards, including adjustments driven by litigation, immigration-condition determinations, termination provisions, | 12 |

| | | | | |
|---|---|---|---|---|
| | | | foreign national vetting, fusion center requirements, pass-through rules, withholding provisions, and program-specific compliance or reporting requirements. | |
| 4 | Decision Memorandum, *Fiscal Year 2026 FEMA Non-Disaster Grant Programs Immigration Term and Condition Determinations* | September 11, 2026 | FEMA decision memorandum requesting Secretary-level approval to apply the FY 2026 DHS "Communication and Cooperation with DHS and Immigration Officials" grant term and condition to specified FEMA non-disaster grant programs with an immigration, law enforcement, border security, terrorism-prevention, or national security nexus. | 11 |
| 5 | FEMA Memorandum, *Further Reasoning Regarding Fiscal Year 2026 FEMA Non-Disaster Grant Program Term and Condition Determinations* | September 18, 2026 | FEMA Grant Programs Directorate memorandum providing additional rationale for applying the FY 2026 DHS "Communication and Cooperation with DHS and Immigration Officials" standard term and condition to specified FEMA non-disaster grant programs based on each program's connection to immigration enforcement, law enforcement coordination, terrorism prevention, border security, transportation or port security, and national security preparedness. | 12 |
| 6 | FEMA Memorandum, *Justification for Term Inclusion: FY 2026 Fusion Center Intelligence Support, Coordination, and Reporting Terms and Conditions within the Homeland Security Grant Program (HSGP) Awards* | October 8, 2026 | Request by FEMA to amend affected FY 2026 Homeland Security Grant Program awards to replace an incorrect draft Fusion Center Term with the approved version, requiring specified intelligence-support activities and quarterly reporting to strengthen accountability and align funded work with homeland security priorities. | 4 |