U.S. Department of Homeland Security
Washington, DC 20472

FEMA

May 11, 2026

**DECISION**

MEMORANDUM FOR THE SENIOR OFFICIAL PERFORMING THE DUTIES OF THE UNDER SECRETARY FOR MANAGEMENT

FROM: Robert J. Fenton ROBERT J FENTON Digitally signed by ROBERT J FENTON Date: 2026.05.12 13:38:25 -04'00'
Senior Official Performing the Duties of the Administrator

SUBJECT: **Deviations from the Fiscal Year 2026 DHS Standard Terms and Conditions and Program Specific Terms and Conditions for FEMA Resilience Grants**

---

**Purpose:** Seeking approval for deviations from the Fiscal Year 2026 Department of Homeland Security (DHS) Standard Terms and Conditions and approval of program specific terms and conditions for the Federal Emergency Management Agency's (FEMA) Resilience grant programs. Pre-approval of these terms and conditions will ensure timely delivery of these critical grant programs.

**Background:** FEMA grant program Notices of Funding Opportunity and grant awards include several deviations from and additions to the DHS Standard Terms and Conditions, as necessitated by ongoing litigation, established grant management practices, and program-specific requirements. These awards will also include other program-specific terms and conditions for the same reasons. This memorandum provides a summary of modified and additional terms and conditions used in FEMA's Resilience grant program Notices of Funding Opportunity and awards. These are organized by (1) deviations from the Fiscal Year 2026 DHS Standard Terms and Conditions, and (2) common FEMA additions to the standard terms and conditions.

**Signature Level Justification:** According to DHS policy in Section 6.2 of the DHS Financial Management Policy Manual, all deviations from the DHS Standard Terms and Conditions and additional program specific terms and conditions proposed by a DHS Component require DHS Under Secretary for Management approval. Component Notices of Funding Opportunity are already reviewed by DHS through the Financial Assistance Policy and Oversight approval process.

**Timeliness:** Requesting approval by May 15, 2026, to facilitate the development and approval of upcoming Notices of Funding Opportunity and grant awards.

**Recommendation:** FEMA requests approval to use the deviations from the Fiscal Year 2026 DHS Standard Terms and Conditions and the program specific grant terms and conditions outlined in Attachments 2-3, as applicable.

Approve/date BENJAMINE C HUFFMAN Digitally signed by BENJAMINE C HUFFMAN Date: 2026.05.14 09:53:30 -04'00' ________________ Disapprove/date__________________________

Modify/date __________________________ Needs discussion/date______________________

Attachments:

1. Background
2. Deviations from the Fiscal Year 2026 DHS Standard Terms and Conditions for FEMA Resilience Grants
3. Program Specific Terms and Conditions for FEMA Resilience Grants

**Attachment 1: Background**

Chapter 6 of the DHS Financial Management Policy Manual provides policy on DHS Financial Assistance and establishes the processes and requirements for managing DHS financial assistance, to ensure compliance, transparency, and consistency across all program activities. According to Section 6.2 of the Financial Management Policy Manual, updated as of April 21, 2026, all DHS Component program deviations from the DHS Standard Terms and Conditions and additional program specific terms and conditions proposed by DHS Components must be approved by the DHS Under Secretary for Management.

FEMA's non-disaster grants use Notices of Funding Opportunity to establish program terms and conditions, whereas for disaster grants, the FEMA-State Agreement and State Administrative Plans delineate the standard terms and conditions for grants awarded under that disaster. For both disaster and non-disaster grants, FEMA may then add additional program or project-specific terms and conditions as appropriate.

In general, FEMA's Notices of Funding Opportunity and FEMA-State Agreements incorporate the current (as of their publication date) DHS Standard Terms and Conditions by reference. However, there are several DHS standard terms and conditions which may not be applied to FEMA grants pursuant to current litigation. These are summarized in Table 1 in Attachment 2. Attachment 3 summarizes additional terms and conditions used in Notices of Funding Opportunity and awards under FEMA Resilience grant programs.

**Attachment 2: Deviations from the Fiscal Year 2026 DHS Standard Terms and Conditions**

In general, FEMA's Notices of Funding Opportunity and FEMA-State Agreements incorporate the current (as of their publication date) DHS Standard Terms and Conditions by reference. However, there are several DHS standard terms and conditions that may not be applied to FEMA grants pursuant to current litigation. These are summarized below in Table 1.

**Table 1: Summary of Deviations from the 2026 DHS Standard Terms and Conditions for FEMA Resilience Grants**

| DHS Standard Term and Condition | Description | Applicable Program(s) |
|---|---|---|
| Federal Anti-Discrimination Laws Material to the Government's Payment Decisions Under the False Claims Act | Term does not apply to grants awarded to plaintiffs covered by the following preliminary injunction orders:<br>• *County of Santa Clara et al. v. Noem, et al.*, No. 25-cv-08330-WHO (N.D. Cal.). Issued on November 21, 2025.<br>• *City of Chicago et al. v. Noem, et al.*, No. 25-CV-12765 (N.D. Ill.). Issued on November 21, 2025.<br>• *City of Seattle v. Trump, et al.,* No. 2:25-cv-01435-BJR (W.D. Wa.). Issued on October 31, 2025.<br><br>If the preliminary injunction is stayed, vacated or extinguished, the term will immediately become effective. Paragraph (2)(a)(ii) of the DHS Standard Term and Condition titled "Federal Anti-Discrimination Laws Material to the Government's Payment Decisions Under the False Claims Act" will not apply even if the preliminary injunction is stayed, vacated or extinguished.<br><br>Section (2)(a)(ii) of the term does not apply to grants awarded to plaintiffs covered by the following preliminary injunction orders:<br>• *State of Illinois, et al. v. FEMA, et al.*, No. 25-206 (D. R.I.) issued on October 14, 2025.<br>• *City and County of San Francisco, et al. v. Trump, et al., No. 3:25-cv-01350 (N.D. Cal.)* issued on August 22, 2025. | All |

| DHS Standard Term and Condition | Description | Applicable Program(s) |
|---|---|---|
| All Executive Orders Related to Grants | Term does not apply to plaintiffs covered by the following preliminary injunction orders:<br>• *County of Santa Clara et al. v. Noem, et al.*, No. 25-cv-08330-WHO (N.D. Cal.). Issued on November 21, 2025.<br>• *City of Chicago et al. v. Noem, et al.*, No. 25-CV-12765 (N.D. Ill.). Issues on November 21, 2025.<br><br>If the preliminary injunction is stayed, vacated or extinguished, the term will immediately become effective. Paragraph (2)(a)(ii) of the DHS Standard Term and Condition titled “Federal Anti-Discrimination Laws Material to the Government’s Payment Decisions Under the False Claims Act” will not apply even if the preliminary injunction is stayed, vacated, or extinguished. | All |
| Termination of a Federal Award | FEMA will include a more comprehensive termination term and condition that addresses specific issues not addressed in the DHS Standard term as well as complies with Executive Order 14332, Improving Oversight of Federal Grantmaking. The EO requires a termination for convenience provision for “discretionary awards/grants”, which is defined to not include “programs where legislation establishes an entitlement to the funds on the part of the recipient, such as block grants; those awarded based on a statutory formula; or disaster recovery grants.” FEMA’s provision takes into account that language of the EO and its applicability to certain programs. In addition, FEMA’s termination provision addresses termination by pass-through entities of subawards, which is not in the DHS Standard Terms and Conditions. | All |

**Attachment 3: Program Specific Terms and Conditions for FEMA Resilience Grants**

Table 2 provides a summary of the types of program specific terms and conditions used in FEMA Resilience grant Notices of Funding Opportunity and awards. Some are broadly applicable, and some are specific to a grant program. Even if a term and condition is applicable to a program, FEMA may not necessarily include it in an individual award package or Notice of Funding Opportunity under that grant program. Additionally, it is possible that future Notices of Funding Opportunity and grant awards may include terms and conditions not noted in this memorandum. If so, those terms and conditions would be presented for USM review using the specified process.

**Table 2: Program Specific Terms and Conditions for FEMA Resilience Grants**

| Term and Condition Summary | Description | Applicable Program(s) |
|---|---|---|
| Environmental Planning and Historic Preservation Review | DHS/FEMA-funded activities that may impact the environment must undergo the FEMA Environmental Planning and Historic Preservation review process, which is required by laws such as the National Environmental Policy Act, Endangered Species Act, and National Historic Preservation Act. However, this review does not cover all federal, state and local requirements, so recipients must ensure compliance with all applicable laws and obtain necessary permits or risk losing federal funding.<br><br>Projects must consider potential impacts to natural and cultural resources, and if ground disturbance occurs during construction, applicants must monitor for archaeological resources and immediately halt work and notify authorities if any are discovered.<br><br>Actions affecting floodplains or wetlands require an eight-step review process, public notice, and evaluation of relocation options, as mandated by Executive Orders 11988 and 11990 and FEMA regulations at 44 C.F.R. Part 9. | All |

| Term and Condition Summary | Description | Applicable Program(s) |
|---|---|---|
| | Where relocation is not possible, FEMA must conduct a detailed review to identify measures to minimize future damages to floodplains or wetlands.<br><br>Individual grant awards may have specific requirements for Environmental Planning and Historic Preservation compliance—for example, a flood mitigation project that elevates a building in a historic area may have grant award terms and conditions related to architectural standards. Additionally, any changes to the approved scope of work will require re-evaluation for compliance with Environmental Planning and Historic Preservation requirements. | |
| Applicability of DHS Standard Terms and Conditions to Tribes | The DHS Standard Terms and Conditions are a restatement of general requirements imposed upon recipients and flow down to sub-recipients as a matter of law, regulation, or executive order. If the requirement does not apply to Indian Nations or there is a federal law or regulation exempting its application to Indian Nations, then the acceptance by Tribes of, or acquiescence to, DHS Standard Terms and Conditions does not change or alter its inapplicability to an Indian Nation. The execution of grant documents is not intended to change, alter, amend, or impose additional liability or responsibility upon the tribe where it does not already exist. | All |
| Financial Reporting Requirements | Specifies that recipients must report obligations and expenditures through a federal financial report (Standard Form 425), and stipulates the required reporting cadence. | All |
| Programmatic Performance Reporting Requirements | Specifies that recipients must submit programmatic performance reports and stipulates the required reporting cadence. | All |

| Term and Condition Summary | Description | Applicable Program(s) |
|---|---|---|
| Closeout Reporting Requirements | Specifies that recipients must submit their final request for payment, final federal financial report, final progress report, and any other needed documents within a certain timeframe after the end of the period of performance. | All |
| Compliance with 2 CFR Part 180 and 2 CFR Part 200 | Recipients and subrecipients must comply with applicable federal financial assistance and federal award requirements in 2 CFR Part 180 and 2 CFR Part 200. | All |
| Program Evaluation | Recipients and subrecipients are required to participate in a program office or DHS component-led evaluation if selected. | All |
| Acceptance of Post Award Changes | If FEMA identifies an error or needs to make an administrative change to an award package, FEMA will notify recipients in writing. After notification, any further requests for funds will be considered acceptance of the changes by the recipient. | All |
| Disposition of Equipment Acquired Under the Federal Award | For original or replacement equipment acquired under the award by non-state recipients or non-state subrecipients, when the equipment is no longer needed for the original project, program, or other federally supported activities, the recipient must request instructions from FEMA for proper disposition in accordance with 2 C.F.R. § 200.313. State recipients and state subrecipients are required to follow equipment disposition requirements as specified by state laws and procedures. | All |
| Prior Approval for Modification of Approved Budget | Before making any changes to the FEMA-approved budget for an award, recipients must obtain prior written approval from FEMA when required by 2 C.F.R. § 200.308. For non-construction projects, FEMA imposes an additional restriction under 2 C.F.R. § 200.308(f): for awards with a federal share greater than the simplified acquisition threshold (currently $250,000), recipients may not transfer | All |

| **Term and Condition Summary** | **Description** | **Applicable Program(s)** |
|---|---|---|
| | funds among direct cost categories, programs, functions or activities without prior written approval from FEMA if the cumulative amount of such transfers exceeds or is expected to exceed 10% of the total budget last approved by FEMA. For awards supporting both construction and non-construction work, FEMA requires recipients to obtain prior written approval before transferring funds or budgets between these two types of work, as permitted under 2 C.F.R. § 200.308(h)(5). Recipients must report any deviations from the FEMA-approved budget in the first Federal Financial Report (SF-425) submitted after the deviation, regardless of whether prior written approval was required. | |
| Indirect Cost Rate | 2 C.F.R. section 200.211(b)(15) requires the terms of the award to include the indirect cost rate for the federal award. If applicable, the indirect cost rate for the award is stated in the budget documents or other materials approved by FEMA and included in the award file. | All |
| Build America, Buy America Act (BABAA) Required Contract Provision & Self-Certification | In addition to the DHS Standard Terms & Conditions regarding Required Use of American Iron, Steel, Manufactured Products, and Construction Materials, recipients and subrecipients of FEMA financial assistance for programs that are subject to the Build America, Buy America Act must include a Buy America preference contract provision as noted in 2 C.F.R. § 184.4 and self-certification as required by FEMA policy. This requirement applies to all subawards, contracts, and purchase orders for work performed or products supplied under the FEMA award subject to Build America, Buy America Act. | All |

| Term and Condition Summary | Description | Applicable Program(s) |
|---|---|---|
| Executive Order 14305, Restoring American Airspace Sovereignty | In accordance with Executive Order 14305, Restoring American Airspace Sovereignty (June 6, 2025), and to the extent allowed by law, eligible state, local, Tribal Nation and territorial grant recipients are permitted to purchase unmanned aircraft systems, otherwise known as drones, or equipment or services for the detection, tracking, or identification of drones and drone signals, consistent with the legal authorities of state, local, Tribal Nation and territorial agencies. Recipients must comply with all applicable federal, state and local laws and regulations, and adhere to any statutory requirements on the use of federal funds for such unmanned aircraft systems, equipment or services. | All |
| Payment Information | Specifies that recipients must submit payment requests in FEMA GO. | Programs using FEMA GO as the grant management system |
| Instructions to Grant Recipients Pursuing Payments | FEMA is instituting additional reviews on all grant payments and obligations to ensure allowability in accordance with 2 C.F.R. § 200.305. These measures will ensure funds are disbursed appropriately while continuing to support and prioritize communities who rely on FEMA for assistance. If FEMA disapproves a payment, FEMA will inform the recipient. | All |
| Processing and Payment Timeline | FEMA must comply with regulations governing payments to grant recipients per 2 C.F.R. § 200.305. For grant recipients other than States, 2 C.F.R. § 200.305(b)(3) stipulates that FEMA is to make payments on a reimbursement basis within 30 days after receipt of the payment request, unless FEMA reasonably believes the request to be improper. | All |

| Term and Condition Summary | Description | Applicable Program(s) |
|---|---|---|
| | If additional information is needed, a request for information will be issued by FEMA to the recipient; recipients are strongly encouraged to respond to any additional FEMA request for information inquiries within three business days. If an adequate response is not received, the request may be denied, and the entity may need to submit a new reimbursement request; this will re-start the 30-day timeline. | |
| Submission Process | All reimbursement requests must be reviewed and approved by FEMA before drawdowns. | All |
| Summary Description of Award | Provides a description of the program intent and award amount. | All |
| Summary Description of Award and Subprograms | Provides a description of the program intent and award amount. For awards that contain more than one subprogram (State Homeland Security Grant Program, Urban Area Security Initiative, and/or Operation Stonegarden) the summary must note the award amounts for each subprogram. For awards with Operation Stonegarden, the summary must also note the counties receiving Operation Stonegarden subawards. | Homeland Security Grant Program |
| Amended Summary Description of Award | If the recipient requests a reallocation of grant funds, FEMA must approve. This term and condition then amends the award description. | All |
| Approved Scope of Work | Summarizes the approved project scope of work. | All |
| Period of Performance | Specifies the grant period of performance. | All |
| Period of Performance Extensions | Specifies the conditions under which the recipient may request a period of performance extension, and what information they must submit with their request. | All |

| Term and Condition Summary | Description | Applicable Program(s) |
|---|---|---|
| Identified Compliance Considerations | Summarizes potential issues that FEMA has identified that may arise during program implementation. | All |
| Request for Information | FEMA may request additional information from the applicant through a formal process in order to evaluate competitive grant applications. | All |
| Funding Hold: Additional Information Required | FEMA may place funding holds on awards until the recipient provides a detailed cost breakdown and justification for the investments/projects. FEMA will rescind the funding hold upon its review and approval of the detailed cost breakdown and justification. | All |
| Funding Hold: Management and Administration | FEMA may place funding holds on awards until the recipient provides a detailed cost breakdown and justification for the management and administration costs. FEMA will rescind the funding hold upon its review and approval of the detailed cost breakdown and justification. | All |
| Funding Hold: Grant Writer Fees | FEMA may place funding holds on awards with grant writer fees in the budget. For non-state recipients and subrecipients, unless a single contract covering both pre- and post-award services was awarded to the grant writer and procured in compliance with federal procurement standards, the recipient cannot use federal funds or funds applied to the award cost share to hire the grant writer for post-award services.<br><br>To release the funding hold, the recipient must provide documentation demonstrating eligibility of these costs. FEMA will rescind the funding hold upon its review and approval of this documentation. | All |
| Funding Hold: Indirect Cost Rate | FEMA may place funding holds on awards with indirect costs in the budget. | All |

| Term and Condition Summary | Description | Applicable Program(s) |
|---|---|---|
| | To release the funding hold, the recipient must provide a fully executed indirect cost rate agreement negotiated between the recipient and its cognizant federal agency or a proposal. If the recipient does not have a current indirect cost agreement or proposal, or if the recipient wants to charge the de minimis rate or use a cost allocation plan, the recipient must contact the relevant Program Analyst or Preparedness Officer or Grants Management Specialist for further instructions. | |
| Funding Hold: Debt Subject to Offset | FEMA may place funding holds on awards for recipients with “debt subject to offset” indicated in the System for Award Management.<br><br>To release the funding hold, the recipient must provide proof that the delinquent debt has been satisfied/remedied and identified as satisfied/remedied in the System for Award Management or provide documentation demonstrating that a payment plan has been established with the debt-collecting agency. | All |
| Funding Hold: Active SAM Registration at Time of Award | FEMA may place funding holds on awards if recipients lack a unique entity identifier or are not registered in the System for Award Management (SAM). Recipients must obtain the identifier and complete SAM registration within 30 days of the award.<br><br>The hold will be lifted once FEMA confirms the recipient has completed these requirements. Recipients must maintain active SAM registration throughout the application and award period. | All |

| Term and Condition Summary | Description | Applicable Program(s) |
|---|---|---|
| Funding Hold: Active SAM Registration During Period of Performance | FEMA may place a funding hold if a recipient's SAM registration expires during the award period. To lift the hold, the recipient must renew their SAM registration and provide proof to FEMA. Active SAM registration is required throughout the award's period of performance. | All |
| Funding Hold: Delinquent or Insufficient Reporting | FEMA may place funding holds on awards for recipients not in compliance with reporting requirements. The hold will be lifted once FEMA confirms the recipient has complied. | All |
| Funding Hold: Noncompliance Under Award | FEMA may place funding holds on awards for recipients not in compliance with award conditions. The hold will be lifted once FEMA confirms the recipient has complied. | All |
| Funding Hold: History of Noncompliance | FEMA may place funding holds on awards for recipients with a documented history of being noncompliant with statutory, regulatory or policy requirements of previously issued award(s). To release the funding hold, the recipient must work with the program office to demonstrate an understanding of the applicable statutory, regulatory or policy grant requirements and describe the actions being taken to reduce the risk of future noncompliance. | All |
| Closeout Reporting Period | Specifies the deadline for which the recipient must submit all final financial, performance, and other reports required by the terms and conditions of the award. | All |
| Liquidation Period | Specifies the deadline for which the recipient must liquidate all obligations incurred under the award. | All |
| Liquidation and Closeout Reporting Extensions | Specifies the revised liquidation period expiration date, as well as the revised closeout reporting period expiration date. Because final liquidation at the prime award level must occur before accurate closeout reporting can be submitted, FEMA views liquidation extension requests as inherently | All |

| **Term and Condition Summary** | **Description** | **Applicable Program(s)** |
|---|---|---|
| | also including simultaneous closeout reporting extension requests. | |
| Closeout Reporting Extension Only | Specifies the revised closeout reporting period expiration date. | All |
| Required Training or Technical Assistance | FEMA may require a recipient to obtain or attend training, technical assistance, or both regarding grants management or other specific topic(s). | All |
| Funding Hold: Environmental and Historic Preservation Compliance | FEMA may place a funding hold if the award includes work that requires an Environmental and Historic Preservation compliance review. To release the hold, the recipient is required to obtain the required FEMA EHP compliance approval for the project. | All |
| Funding Hold: Delinquent or Insufficient Performance or Other Reporting | FEMA may place a funding hold if the recipient is not in compliance with reporting requirements under the award. The hold will be lifted once FEMA confirms the recipient has complied with grant requirements. | All |
| Funding Hold: Equipment Prior Approval | FEMA may require recipients to request approval to purchase equipment such as boats, planes, UAS, or wildfire fighting equipment prior to receiving funding. To release the funding hold, the recipient must submit a request for the equipment and FEMA must approve. | All |
| Funding Hold: Authorized Organization Representative or Signatory Authority is Not Unique to the Recipient | FEMA may place a funding hold if the Authorized Organization Representative (AOR) or Signatory Authority (SA) email is not unique to the recipient or is associated with a consultant or contractor. To lift the hold, the recipient must update the AOR or SA information in FEMA GO to reflect a current, authorized employee or official. The hold is removed once FEMA confirms the update. | All |

| Term and Condition Summary | Description | Applicable Program(s) |
|---|---|---|
| Publication Acknowledgement of FEMA Grant Support | Recipients may be required to acknowledge FEMA grant funding support in any publications arising from the grant. | All |
| Program Performance Goals | FEMA may require recipients to provide information and/or data to report on program performance goals and targets. | All |
| Quarterly Calls | FEMA may require the grant recipient to participate in quarterly conference calls to evaluate the progress of open and active grant awards. | All |
| Compliance with Program Guidance | Recipients and subrecipients are required to be in compliance with applicable program guidance. For example, Hazard Mitigation Assistance recipients and subrecipients are required to have approved hazard mitigation plans. | All |
| Program Administration by States | If the state requests and FEMA approves the state's request for inclusion in the Program Administration by States program, FEMA and the state will execute an Operating Agreement that will be included in the HMGP Programmatic Addendum in the FEMA-State Agreement. | Hazard Mitigation Grant Program |
| Funding Hold: Signed FEMA-State Agreement or FEMA-Tribal Agreement | Grant awards may not be processed until the recipient provides the signed FEMA-State Agreement or FEMA-Tribal Agreement. | Hazard Mitigation Grant Program |
| Funding Hold: Approved Administrative Plan | Grant awards may not be processed until the recipient provides the approved Hazard Mitigation Grant Program administrative plan. | Hazard Mitigation Grant Program |
| Operations Order or Fragmentary Order (FRAGO) Review | The recipient is prohibited from drawing down funding or reimbursing subrecipients until each unique, specific or modified county level, tribal or equivalent Operations Order or Fragmentary Order has been reviewed by FEMA and Customs and Border Protection/United States Border Patrol. | Homeland Security Grant Program – Operation Stonegarden |

| **Term and Condition Summary** | **Description** | **Applicable Program(s)** |
|---|---|---|
| | The recipient will receive the official notification of approval from FEMA. | |
| Funding Hold: National Priority Areas | FEMA may place a funding hold on the investments for failure to demonstrate implementation of the national priority areas or failure to meet the required spending minimum for the national priority areas. Until the hold is released, the recipient is prohibited from drawing down funds or reimbursing subrecipients, and the subrecipients are prohibited from obligating or expending funds for the identified costs or activities. | Homeland Security Grant Program – State Homeland Security Grant Program and Urban Area Security Initiative |
| Funding Hold: Law Enforcement Terrorism and Prevention Activities Investments/Projects | FEMA may place a funding hold related to the implementation of allowable activities for the Law Enforcement Terrorism and Prevention Activities (LETPA) requirement. To release this hold, the recipient must submit additional information on LETPA investments/projects. | Homeland Security Grant Program |
| Funding Hold: Operational Packages | If the recipient requests Operational Packages and did not submit their five-year plan as part of the application, FEMA will place a funding hold on the award. To lift the funding hold, the recipient must submit its Five-Year Security Capital and Operational Sustainment Plan. | Intercity Passenger Rail, Transit Security Grant Program |
| Emergency Management Performance Grant Work Plan | The Emergency Management Performance Grant Work Plan as submitted by the recipient and approved by the Region is incorporated into the terms and conditions of the award. | Emergency Management Performance Grant |
| Requests for Reimbursement | Stipulates that the grant recipient may only receive payments from FEMA as reimbursements. Requests for reimbursement should be timely and coincide with normal billing patterns, but not less than one submission every month, based on the grant award's period of performance. Each request must be limited to the amount of the | Assistance to Firefighters Grant Program, Fire Prevention & Safety, and Staffing for Adequate Fire and Emergency Response |

| Term and Condition Summary | Description | Applicable Program(s) |
|---|---|---|
| | recipient's obligations incurred for eligible expenses during that time frame. | |
| Staffing for Adequate Fire and Emergency Response Operational Position – Primary Assignment | Stipulates that grant funds will only pay for operational positions whose primary assignment is on a fire suppression vehicle, regardless of collateral duties. | Staffing for Adequate Fire and Emergency Response |
| Documentation of Costs Prior to Reimbursement | Stipulates that all costs incurred by the grant recipient for procurement actions and the payment of salaries and benefits will require the submission of proper documentation to FEMA before costs are reimbursed. Proper documentation will show costs incurred through bank statements, contracts or purchase orders for products and/or services, and invoices.<br><br>For the Staffing for Adequate Fire and Emergency Response program, documentation must demonstrate the outlay of payments to individual firefighters. | Assistance to Firefighters Grant Program, Fire Prevention & Safety, and Staffing for Adequate Fire and Emergency Response |
| National Incident Management System (NIMS) Grant Requirements | The Fiscal Year 2026 grant award terms and conditions require the Emergency Management Assistance Compact administrator to:<br>• Support national preparedness priorities and coordination with FEMA.<br>• Promote and facilitate the use of the National Qualification System among Emergency Management Assistance Compact members.<br>• Maintain robust data integration and reporting capabilities with FEMA systems.<br>• Ensure operational readiness and qualified personnel for mutual aid deployments. | National Incident Management System |

| Term and Condition Summary | Description | Applicable Program(s) |
|---|---|---|
| | • Strengthen governance, stakeholder engagement, and subaward programs to enhance mutual aid across jurisdictions. | |