PRE-DECISIONAL/DELIBERATIVE

Federal Emergency Management Agency
Washington, DC 20472

FEMA

May 11, 2026

MEMORANDUM FOR THE SECRETARY

FROM: Karen S. Evans
Senior Official Performing the Duties of the Administrator
Federal Emergency Management Agency

SUBJECT: **Approval Requested - Key Decisions for Fiscal Year 2026 Preparedness Grant Programs (Part 1)**

---

**Purpose:** To request the Secretary of Homeland Security's approval on key programmatic decisions for the Fiscal Year 2026 Federal Emergency Management Agency (FEMA) preparedness grant programs.

**Background:** Last year, the Department of Homeland Security (DHS) and FEMA leadership made several decisions related to National Priority Areas, Law Enforcement Terrorism Prevention Activities, risk methodology, and funding allocations. These decisions helped align FEMA's grant programs with Administration priorities and the current threat environment. For Fiscal Year 2026, FEMA recommends largely maintaining these established programmatic decisions, with the exceptions of additional requirements for the Election Security National Priority Area and a return to a competition-first model for the Nonprofit Security Grant Program. The Election Security requirements are recommended by the Deputy Assistant Secretary for Election Integrity at the Department of Homeland Security. The adjustment for the Nonprofit Security Grant Program will enable FEMA to announce awards in a timely manner.

**Signature Level Justification:** FEMA preparedness grants are under the authority of the Secretary of Homeland Security.

**Timeliness:** A prompt response would be greatly appreciated. DHS and FEMA must release funding opportunities for Fiscal Year 2026 preparedness grant programs no later than 60 days after the April 30, 2026, enactment of the Fiscal Year 2026 Appropriations Act. As directed in the Act, FEMA will incur a reduction in its Operations and Support appropriation of $100,000 per day if any of these funding opportunities are released late after the 60-day requirement.

**Recommendation:** Concur with recommendations outlined in Annex A and Annex B:

1. Retain the Fiscal Year 2025 National Priority Areas and spend requirements.
2. Require additional actions from each election jurisdiction for the Election Security National Priority Area.
3. Implement a 20% holdback from drawdown for Homeland Security Grant Program awards (inclusive of State Homeland Security Program, Urban Area Security Initiative, and Operation Stonegarden funds) until each state and high-risk urban area demonstrates proof of compliance with the Fiscal Year 2026 Election Security National Priority Area requirements.
4. Maintain the Fiscal Year 2025 Law Enforcement Terrorism Prevention Activities minimum requirement.
5. Approve the Fiscal Year 2026 Risk Methodology formula.
6. Allocate Operation Stonegarden funding to recipients as follows: 74% for the Southern border, 18% for the Northern border, and 8% for Coastal borders while considering sanctuary state and county impacts.
7. Continue to award the Transit Security Grant Program funding using risk-based allocations.
8. Revert to award the Nonprofit Security Grant Program using a competitive model, similar to awards prior to Fiscal Year 2025.

Approve/Date [signature] 5/28/26

Disapprove/Date______________________________

Modify/Date ______________________________

Needs discussion/Date______________________________

**Annex**

Annex A: Recommendation Details
Annex B: Risk Methodology Overview