**U.S. Department of Homeland Security**
Washington, DC 20472

FEMA

September 9, 2026

**DECISION**

MEMORANDUM FOR THE SECRETARY

FROM: Cameron Hamilton
Administrator

SUBJECT: **Deviations from the Fiscal Year 2026 DHS Standard Terms and Conditions and FEMA Program Specific Information for Non-Disaster Grant Awards**

---

**Purpose**: To request your approval of additional deviations from the Fiscal Year 2026 Department of Homeland Security (DHS) Standard Terms and Conditions and FEMA program specific information for non-disaster grant awards.

**Context**: The Secretary approves deviations and program specific terms and conditions to include in Notices of Funding Opportunity and awards. This memorandum requests approval of additional terms and conditions for the Fiscal Year 2026 non-disaster grant awards, because of ongoing litigation and to align with program specific requirements.

**Signature Level Justification**: According to DHS policy in Section 6.2 of the DHS Financial Management Policy Manual, all deviations from the DHS Standard Terms and Conditions and additional program specific terms and conditions proposed by a DHS Component require DHS approval.

**Timeliness**: A response by September 14, 2026, would be greatly appreciated as FEMA must obligate funds no later than September 30, 2026.

**Recommendation**: Approve the FEMA provided deviations from the Fiscal Year 2026 DHS Standard Terms and Conditions and program specific terms and conditions for Fiscal Year 2026 non-disaster grant awards. The deviations support the agency's risk management related to ongoing grant litigation, court orders, and agency policy.

Approve/date 9/14/26 ______________________

Disapprove/date______________________

Modify/date ______________________

Needs discussion/date______________________

Annexes
1. Background
2. Additional Deviations from the Fiscal Year 2026 DHS Standard Terms and Conditions for Fiscal Year 2026 Non-Disaster Grant Awards
3. Additional Program Specific Terms and Conditions

**Annex 1: Background**

Chapter 6 of the DHS *Financial Management Policy Manual (FMPM)* provides policy on the Department of Homeland Security's Financial Assistance and establishes the processes and requirements for managing DHS financial assistance to ensure compliance, transparency and consistency across all component program activities. According to Section 6.2 of the FMPM, updated as of April 21, 2026, all DHS component program deviations language from the DHS Standard Terms and Conditions and additional program-specific proposed information by DHS components must be approved by the DHS Under Secretary for Management.

Each Notice of Funding Opportunity is incorporated into the award by reference and undergoes its own approval process. Accordingly, this memo does not repeat terms or clarify additional terms already included in the funding opportunity, which have been approved. Instead, this memo addresses additional terms and conditions not outlined in the funding opportunity.

There are several DHS Standard Terms and Conditions that may not be applied to FEMA grants as required by litigation orders or because they require special approval due to their subject matter. Additionally, FEMA applies program-specific terms and conditions that incorporate and clarify the statutory, regulatory and policy requirements unique to particular programs, which the DHS Standard Terms and Conditions do not address, consistent with 2 C.F.R. Sections 200.208 and 200.211.

These deviations and program specific conditions are included in the subsequent annexes.

**Annex 2: Additional Deviations from the Fiscal Year 2026 DHS Standard Terms and Conditions**

In general, FEMA non-disaster grant awards incorporate the current (as of their publication date) DHS Standard Terms and Conditions by reference. However, there are several DHS standard terms and conditions that may not be applied to FEMA grants pursuant to litigation or because they require special approval due to their subject matter. These are summarized below in Table 1.

**Table 1**: Summary of Deviations from the Fiscal Year 2026 DHS Standard Terms and Conditions for FEMA

| DHS Standard Term and Condition | Description | Applicable Program(s) |
|---|---|---|
| Federal Anti-Discrimination Laws Material to the Government's Payment Decisions Under the False Claims Act | Term does not apply to grants awarded to plaintiffs covered by the following preliminary injunction orders or any other similar orders issued in current or future lawsuits:<br>• *City of Fresno, et al. v. Mullin, et al.*, No. 3:26-cv-01535-WHO (N.D. Cal.).<br>• *City of Salem v. Mullin et al.*, No Case No. 6:26-cv-01340-MC (D. Or.).<br><br>If the preliminary injunction is stayed, vacated or extinguished, the term will immediately become effective. | All |
| All Executive Orders Related to Grants | Term does not apply to grants awarded to plaintiffs covered by the following preliminary injunction orders or any other similar orders issued in current or future lawsuits:<br>• *City of Fresno, et al. v. Mullin, et al.*, No. 3:26-cv-01535-WHO (N.D. Cal.).<br>• *City of Salem v. Mullin et al.*, No Case No. 6:26-cv-01340-MC (D. Or.).<br><br>If the preliminary injunction is stayed, vacated or extinguished, the term will immediately become effective. | All |
| Communication and Cooperation with the Department of Homeland Security and Immigration Officials | Term states that the Department of Homeland Security will analyze whether the conditions in this section will be applied to any grant program in a way that is consistent with the specific statutes that apply to each grant program because the purpose of each grant program has a nexus to immigration activities, law enforcement, or national security, including | Included here for reference, but decision will be made by the Immigration Terms & Conditions Memo. |

| | | |
|---|---|---|
| | preventing and responding to acts of terrorism and extremism. It does not apply to programs where the Department has not approved its application. Additionally, paragraph (2)(a)(ii) of the DHS Standard Term and Condition titled "Federal Anti-Discrimination Laws Material to the Government's Payment Decisions Under the False Claims Act" will not apply to awards that do not apply the "Communication and Cooperation with the Department of Homeland Security and Immigration Officials" term. | |
| Termination of a Federal Award | On May 14, 2026, the Senior Official Performing the Duties of the Under Secretary of Homeland Security for Management approved FEMA's recommendation to apply a more comprehensive termination term and condition that addresses specific issues not addressed in the DHS Standard term as well as complies with Executive Order 14332, *Improving Oversight of Federal Grantmaking*.<br><br>FEMA will continue to apply that term and condition to all awards except when FEMA is prohibited from applying certain provisions of the term and condition to grants awarded to plaintiffs covered by the following preliminary injunction order or any other similar orders issued in current or future lawsuits:<br>• *City of Salem v. Mullin et al.*, No Case No. 6:26-cv-01340-MC (D. Or.). | All |

**Annex 3: Additional Program Specific Terms and Conditions**

Table 2 provides a summary of additional program-specific terms and conditions that will be included in Fiscal Year 2026 non-disaster grant awards. Some are broadly applicable, and some are applicable to a specific grant program. Even if a term and condition is applicable to a program, FEMA may not necessarily include it in an individual award package under that grant program.

**Table 2: Additional Program Specific Terms and Conditions**

| Term and Condition | Description | Applicable Program(s) |
|---|---|---|
| Foreign National Vetting | For programs subject to FEMA's foreign national vetting policy and as stated in Information Bulletin 568, the recipient and its subrecipients must comply with FEMA policy and process for foreign national vetting in non-disaster grant programs. Subrecipients must vet all individuals whose salaries, wages or fringe benefits are charged to the subaward and provide the required certification to the recipient. The recipient must submit the required information for each individual within the scope of Information Bulletin 568 and must not permit an individual whose vetting has not been completed to access grant-funded facilities, systems or information, unless stated otherwise in the bulletin. The recipient must retain vetting documentation and make it available to FEMA upon request. | Programs listed in the footnote[1] |
| Fusion Centers | Fusion centers expending Fiscal Year 2026 Homeland Security Grant Program funds must provide meaningful intelligence support to the appropriate regional Homeland Security Task Force. The 2026 Preparedness Grants Manual states that fusion centers must "maintain strong partnerships to enable intelligence, operational, investigative, and analytic collaboration and deconfliction of threat information with other partners located within their jurisdiction and across their region." The most important part of this requirement will be support for the | Homeland Security Grant Program |

[1] BioWatch, Building Resilient Infrastructure and Communities, Community Assistance Program–State Support Services Element, Counter-Unmanned Aircraft Systems Grant Program, Detention Support Grant Program, Emergency Food and Shelter Program, Emergency Management Performance Grant Program, Flood Mitigation Assistance, FIFA World Cup Grant Program, Flood Mitigation Assistance Swift Current, Homeland Security Grant Program, Homeland Security National Training Program – Alliance for System Safety of Unmanned Aircraft Systems through Research Excellence, Homeland Security National Training Program – Continuing Training Grants, Homeland Security National Training Program – National Cybersecurity Preparedness Consortium, Homeland Security National Training Program – National Domestic Preparedness Consortium, Intercity Bus Security Grant Program, Intercity Passenger Rail, National Dam Safety Program, National Earthquake Hazards Reduction Program – Individual State Earthquake Assistance, National Earthquake Hazards Reduction Program - Multi-State and National Earthquake Assistance, National Incident Management System, Next Generation Warning System Grant Program, Nonprofit Security Grant Program, Port Security Grant Program, Regional Catastrophic Preparedness Grant Program, State and Local Cybersecurity Grant Program, State Border Security Reinforcement Fund, State Fire Training Systems Grant, Targeted Violence and Terrorism Prevention, Transit Security Grant Program, Tribal Cybersecurity Grant Program, Tribal Homeland Security Grant Program, Urban Search and Rescue Response System.

appropriate regional task force. Homeland Security Task Forces (HSTF)were created through Section 6 of Executive Order 14159, which states:

"The objective of each HSTF is to end the presence of criminal cartels, foreign gangs, and transnational criminal organizations throughout the United States, dismantle cross-border human smuggling and trafficking networks, end the scourge of human smuggling and trafficking, with a particular focus on such offenses involving children, and ensure the use of all available law enforcement tools to faithfully execute the immigration laws of the United States."

Fusion centers are expected to further these objectives through formally coordinating with the appropriate regional task force by providing intelligence, logistical and operational support. Fusion centers must provide quarterly updates to the FEMA's Grants Programs Directorate, Homeland Security Programs Division. The update should include a general description of the type of support and the following metrics:

- Number of tips, leads or Suspicious Activity Reports provided to task forces.
- Number of personnel assigned to the task force within the fusion center's area of responsibility.
- Number of joint task force analytic products written and posted to the Homeland Security Information Network.

Fusion centers spending Fiscal Year 2026 Homeland Security Grant Program funds must provide intelligence support to federal law enforcement actions against identity theft and related crimes. The Homeland Security Grant Program lists "supporting border crisis response and enforcement" as a National Priority Area, and the Preparedness Grants Manual states that fusion centers "should leverage and build upon their terrorism-focused analytic and information-sharing capabilities so they can be applied to address threats across the DHS mission space." Specifically, fusion centers should leverage and build upon their terrorism-focused analytic and information-sharing capabilities to focus on federal law enforcement issues related to identity theft, identity mills, and illicit identification documents. Fusion centers must provide quarterly updates to FEMA's Grants Programs Directorate, Homeland Security Programs Division. The update should include a general description of the type of support and the following metrics:

- Number of tips, leads or Suspicious Activity Reports sent to DHS or other federal partners involving:
    - Identity theft;
    - "Identity mills" (businesses or informal networks producing or selling identities);
    - Fraudulent identity or supporting documents; and
    - Patterns of repeated ID fraud.
- Updates on participation in Department of Homeland Security 287(g) programs.
    - Provide updates on whether the lead agency for the fusion center is an active 287(g) partner with a current, fully executed, and operational Memorandum of Agreement.
- The number of seats the fusion center holds for officials from U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations.

Fusion centers funded by the Fiscal Year 2026 Homeland Security Grant Program must support federal initiatives to trace proceeds from federal benefit fraud that are sent to foreign recipients, focusing on terrorist and transnational criminal organizations. The Preparedness Grants Manual states that fusion centers "should leverage and build upon their terrorism-focused analytic and information-sharing capabilities so they can be applied to address threats across the DHS mission space, including…threats from…transnational organized criminal activity." This activity may be conducted through support to the appropriate Homeland Security Task Force and in accordance with the requirements outlined in Section One. Fusion centers must provide quarterly updates to the FEMA Homeland Security Programs Division, Grants Programs Directorate. The update should include a general description of the type of support and the following metrics:

- Number of tips, leads or Suspicious Activity Reports regarding suspected fraud involving federal benefits, including grants, subsidies or assistance programs, with descriptions of the type of fraud.
- Number of products that analyze outbound remittances or wire transfers linked to suspected benefit fraud.

Fusion centers expending Fiscal Year 2026 Homeland Security Grant Program funds must prioritize intelligence activities according to the Homeland Security Intelligence Priorities Framework. Intelligence products must include the relevant framework priority topic, and most intelligence products must

| | | |
|---|---|---|
| | align with Priority One topics. Fusion centers must provide quarterly updates to the FEMA Homeland Security Programs Division, Grants Programs Directorate. The update should include a general description of how fusion centers use the Homeland Security Intelligence Priorities Framework to allocate resources and personnel. | |
| Pass-Through of Funds to Local and Tribal Governments | As required by 6 U.S.C. § 605(c) for the State Homeland Security Program and 6 U.S.C. § 604(d) for the Urban Area Security Initiative, the recipient must make available to local and tribal governments at least80% of the funds awarded under these programs within 45 days. The recipient may satisfy this requirement with funds or, with the consent of those governments, with items, services or activities of equivalent value. This requirement applies to funds from these two programs but not to Operation Stonegarden funds.<br><br>The 45-day period runs separately for each amount of State Homeland Security Program and Urban Area Security Initiative funding that becomes available to the recipient. For funds available at the time of award, the period begins on the date the recipient receives the funds. For amounts withheld under the Election Security Compliance Withhold, and for amounts allocated to projects subject to a programmatic hold, the funds are not available at the time of award. Consistent with Information Bulletin 550 the period does not begin for those funds until FEMA notifies the recipient in writing that the withhold has been released or that the project has been approved, beginning instead on the date of that written notice. A hold on one amount does not suspend the period for any other amount, and funds available at the time of award must still be passed through within 45 days of receipt.<br><br>For each such period, the recipient must pass through at least80% of the State Homeland Security Program and Urban Area Security Initiative funds that became available at the beginning of that period. Meeting this obligation in each period satisfies the 80% requirement for the award as a whole.<br><br>The Election Security Compliance Withhold is calculated on the total Homeland Security Grant Program award, which includes Operation Stonegarden, The pass-through requirement reaches only State Homeland Security Program and Urban Area Security Initiative. FEMA applies the withhold to State Homeland Security Program, Urban Area Security Initiative, and Operation Stonegarden in proportion to each subprogram's share of the total award, and the recipient calculates its pass-through obligation using only the State Homeland Security Program and Urban Area Security Initiative portions. An amount may be subject to both | Homeland Security Grant Program |

| | | |
|---|---|---|
| | the withhold and a programmatic hold, in which case it is released only when every applicable withhold and hold has been lifted, and its 45-day period begins on the date of the last written release notice.<br><br>The recipient must certify to the administrator that the required distribution has been made, as required by 6 U.S.C. §§ 605(c)(2) and 604(d)(4). A separate certification is required for each period, and each certification must identify the date the period began, the amount that became available, the amount passed through, and the local and tribal governments to which it was made available. FEMA records the release date of each amount in the FEMA Grants Outcomes system.<br><br>This condition does not extend the period of performance. Where the cumulative effect of the withhold and the programmatic holds compresses the time available to the recipient, the recipient may request an extension of the period of performance in accordance with the Preparedness Grants Manual. This condition does not limit the authority of the Governor to request in writing that the FEMA Administrator extend the 45-day period under 6 U.S.C. § 605(c)(3), or the right of a local or tribal government to petition the administrator under 6 U.S.C. § 605(c)(5). | |
| Election Security Compliance Withholding | FEMA has withheld an amount equal to 20% of the recipient's total Homeland Security Grant Program award, comprising the State Homeland Security Program, the Urban Area Security Initiative, and Operation Stonegarden, in the amount of $[Total Amount Withheld]. The withheld amount is not available to the recipient and is not tied to any particular project. Until the withheld amount is released, the recipient's cumulative obligations, expenditures, and drawdowns under this award must not exceed the total award, less the withheld amount. Within that available balance, the recipient may fund any of its approved projects.<br><br>The recipient obtains release of the withheld amount by submitting proof of compliance with the FY 2026 Election Security National Priority Area requirements. Proof of compliance means the certification and supporting documentation submitted through the FEMA Grants Outcomes system. Once the Department verifies and confirms that proof, it will notify the recipient in writing and release the withheld amount for drawdown in accordance with applicable grant administration requirements. | Homeland Security Grant Program |
| Recipient Responsibility for Resolving SAA and Federal | FEMA has not placed a funding hold on this award. The full allocation amount listed in the award document is available in FEMA financial systems, and the recipient may obligate, expend and draw down these funds for the approved projects. | Nonprofit Security Grant Program |

| | | |
|---|---|---|
| Review Discrepancies | The availability of funds does not resolve any discrepancy identified during the State Administrative Agency review or the federal review. The recipient must work with its assigned FEMA Preparedness Officer to address any discrepancy identified during the review and to determine whether any affected subrecipient can carry out its approved project under the terms of this award. The recipient remains responsible for resolving these matters before closeout.<br><br>The recipient must not make a subaward to an organization that was not selected under this program and must not move funds from a selected subrecipient to another organization without prior written approval from FEMA. | |
| Pass-Through Requirement | The recipient must pass through at least 95% of the federal award to the nonprofit organizations selected for funding. The recipient may retain no more than 5% of the federal award for management and administration costs. Pass-through means making a subaward. A letter of intent, or a notice that a subaward is forthcoming, does not satisfy this requirement. The recipient must provide each selected nonprofit organization the terms of its subaward and must make the funds available so that the organization can begin its project.<br><br>The 45-day pass-through period begins on the date FEMA removes the funding hold under the article titled Rescission of Funding Hold: Additional Information Required and makes the funds available to the recipient in the FEMA Grants Outcomes system.<br><br>Making a subaward under this article does not authorize a subrecipient to incur costs for a project component that remains subject to environmental and historic preservation review. The article titled Environmental Planning and Historic Preservation Review continues to apply in full, and no subrecipient may incur costs for any component subject to that review until FEMA completes the review and issues its determination. | Nonprofit Security Grant Program |
| Rescission of Funding Hold: Operational Package | This is a term/condition required to remove a hold placed due to the applicant not submitting the required five-year capital and operational sustainment plan with their application. | Intercity Passenger Rail Program |
| Rescission of Funding Hold: Operational Package Hold | This is a term/condition required to remove a hold placed due to the applicant not submitting the required five-year capital and operational sustainment plan with their application. | Transit Security Grant Program |

| | | |
|---|---|---|
| Closeout Liquidation/ Period of Performance Extension | Notifies recipients that a period of performance extension is being granted in FEMA Grants Outcomes as an administrative matter to extend the closeout liquidation period in that portal. | All |
| Programmatic Performance Reporting Requirements | While complying with all applicable regulatory and policy requirements, FEMA will conduct post-award monitoring to assess recipient and subrecipient progress toward the performance measures and targets identified in this funding notice. Monitoring may include FEMA-led or expert-led inspections, technical reviews, documentation reviews, site visits, milestone validation, and closeout review. FEMA will not rely solely on recipient self-reporting through the Performance Progress Report to verify project performance. FEMA may provide additional programmatic guidance in the award package or post-award materials regarding inspection procedures, documentation expectations, milestone validation, and the application of performance measures and targets.<br><br>Recipients and subrecipients demonstrating strong performance may be eligible for streamlined administrative requirements, reduced monitoring burden, or other administrative efficiencies, as determined by FEMA and consistent with applicable requirements. Recipients or subrecipients whose performance is deemed insufficient may be subject to more frequent inspections, milestone-based funding or reimbursement, required technical assistance, corrective action plans, additional documentation requirements, and additional award conditions until FEMA determines that performance has improved. | National Dam Safety Program – Rehabilitation of High Hazard Potential Dams |
| Programmatic Compliance and Approval Requirements | These terms emphasize that FEMA retains final approval and oversight authority over CAP-SSSE recipient activities, including community admission to the NFIP and CRS, required map adoption rates, federally funded activities, compliance work, eligible payments, contract selections, and changes to approved activities. FEMA may also require corrective actions or stop funded activities if recipients fail to meet program requirements. For example, FEMA retains the authority to determine whether to admit communities to the Community Rating System, including determinations related to state-reviewed, community-submitted regulations and activities. | Community Assistance Program – State Support Services Element |