U.S. Department of Homeland Security
Washington, DC 20472

FEMA

September 11, 2026

**DECISION**

MEMORANDUM FOR THE SECRETARY

FROM: Cameron Hamilton
FEMA Administrator

SUBJECT: **Fiscal Year 2026 FEMA Non-Disaster Grant Programs Immigration Term and Condition Determinations**

---

**Purpose:** To request approval to apply the Immigration Term and Condition to certain Fiscal Year 2026 non-disaster grant awards administered by the Federal Emergency Management Agency (FEMA). FEMA recommends applying the condition to awards under nine programs.

**Background or Context:** These determinations are made under the Fiscal Year 2026 DHS Standard Terms and Conditions, which apply to all FEMA grant awards unless a term and condition specifically indicates otherwise. Under these terms, DHS will review each grant program to ensure that certain immigration conditions are applied consistent with the laws governing that program, particularly where the program relates to immigration, law enforcement, or national security. The programs listed in Annex A are the programs to which the immigration term and condition applies.

This approach is reflected in the term titled "Communication and Cooperation with the Department of Homeland Security and Immigration Officials" in the Fiscal Year 2026 DHS Standard Terms and Conditions, which states:

> The Department of Homeland Security will analyze whether the conditions in this section will be applied to any grant program in a way that is consistent with the specific statutes that apply to each grant program because the purpose of each grant program has a nexus to immigration activities, law enforcement, or national security, including preventing and responding to acts of terrorism and extremism, and DHS may tailor the conditions in this section to a specific grant program. DHS will clarify in the grant documents whether and how the terms in this section apply to each grant.

Pursuant to this term and condition, FEMA conducted a statutory analysis of its grant portfolio. This review identified nine grant programs for application of an Immigration Term and Condition, reflecting a focused approach based on statutory alignment. FEMA recommends applying the Immigration Term and Condition to the nine grant programs listed in Annex A because the purpose of each grant program has a nexus to immigration activities, law enforcement, or national security, including preventing and responding to acts of terrorism and extremism.

**Signature Level Justification:** The applicability of this Immigration Term and Condition requires Department-level approval.

**Timeliness:** A decision is needed as soon as possible so the Immigration Term and Condition language can be included in the Fiscal Year 2026 grant award packages. Any delay would postpone the Fiscal Year 2026 disbursement cycle and the release of funds and creates additional risk for DHS by potentially failing to meet statutory deadlines. These funds expire on September 30, 2026.

**Recommendation:** Approve the inclusion of the Immigration Term and Condition in the award packages for the ten programs listed in Annex A, and not including them for the programs listed in Annex B.

Approve/date [signature] 3/19/26 Disapprove/date ______________________

Modify/date ______________________ Needs discussion/date ______________________

**Annex A: Programs for which Immigration Term and Condition Apply**

FEMA recommends applying the Immigration Term and Condition to the nine programs below. Each is recommended to be designated because its program purpose has a direct nexus to immigration activities, law enforcement, or national security. Further analysis is included in Annex B.

| Program | Authorizing Authority | Purpose |
|---|---|---|
| **Emergency Management Performance Grant** | 6 U.S.C. § 762; 42 U.S.C. §§ 5121 et seq., 7701 et seq., and 4001 et seq. | Supporting state and local emergency management capabilities |
| **Homeland Security National Training Program – Continuing Training Grants Competitive** | Homeland Security and Further Additional Continuing Appropriations Act, Pub. L. No. 119-86 (2026). | Provides funding through cooperative agreements using a competitive process to develop and deliver FEMA-certified training that addresses specific gaps. |
| **Operation Stonegarden** | 6 U.S.C. § 605 | Provides funding to enhance cooperation and coordination among state, local, tribal, territorial, and federal law enforcement agencies to jointly enhance security along the United States land and water borders. |
| **Port Security Grant Program** | 46 U.S.C. § 70107 | Maritime infrastructure and border security |
| **Regional Catastrophic Preparedness Grant Program*** | Homeland Security and Further Additional Continuing Appropriations Act, Pub. L. No. 119-86 (2026). | Supports the building of core capabilities essential to achieving the National Preparedness Goal of a secure and resilient nation by providing resources to close known capability gaps in Housing and Logistics and Supply Chain Management, encouraging innovative regional solutions to issues related to catastrophic incidents, and building on existing regional efforts. |
| **Securing The Cities** | 6 U.S.C. § 596b | Enhances the ability of the United States to detect and prevent terrorist attacks and other high-consequence events utilizing nuclear or other radiological materials that pose a high risk to homeland security in high risk urban areas. |
| **State Homeland Security Program** | 6 U.S.C. § 605 | Building and sustaining state and local capabilities related to preventing, |

| **Program** | **Authorizing Authority** | **Purpose** |
|---|---|---|
| | | preparing for, protecting against, and responding to acts of terrorism |
| **Transit Security Grant Program** | 6 U.S.C. § 1135 | Surface transportation security against terrorism |
| **Urban Area Security Initiative** | 6 U.S.C. § 604 | High-threat, high-density urban area security |

*In June 2026, DHS gave direction to make a Regional Catastrophic Preparedness Grant Program award to New Jersey. The program guidance for the New Jersey award included language saying the Immigration Term and Condition does not apply. The Immigration Term and Condition will only apply to the Miami-Dade Regional Catastrophic Preparedness Grant Program award.

## Annex B: Grant Program Analysis for those to include the Immigration Term and Condition

FEMA assessed preparedness grant programs and proposes implementing an Immigration Term and Condition on Fiscal Year 2026 grant awards for the nine programs listed below.

### 1. Emergency Management Performance Grant Program

FY 2026 Funding Amount: $337,250,000

Purpose: To assist state, local, tribal, and territorial governments "in preparing for all hazards" and all phases of emergency management.

Award Criteria: Mandatory allocations to each state based on a statutory formula.

Nexus: All-hazards emergency preparedness and operational coordination.

Analysis: The Emergency Management Preparedness Grant Program supports state and local efforts to build a comprehensive emergency management system. This includes preparedness and response coordination for man-made disasters, security threats, and acts of terrorism, which directly aligns with national security objectives.

### 2. Homeland Security National Training Program – Continuing Training Grants Competitive

FY 2026 Funding Amount: $5,700,000

Purpose: To help training partners develop and deliver training to prepare whole communities to prevent, protect against, mitigate, respond to, and recover from acts of terrorism, and natural, man-made, and technological hazards.

Award Criteria: Discretionary, no statutory award criteria. Per the Fiscal Year 2026 Notice of Funding Opportunity, the Joint Explanatory Statement accompanying the Fiscal Year 2026 DHS Appropriations Act (Pub. L. No. 118-47) directs Continuing Training Grants to be competitively awarded for FEMA-certified rural and tribal training.

Nexus: Responder capability building for countering terrorism and other security threats.

Analysis: This program funds targeted training for first responders and law enforcement on handling active threats, weapons of mass destruction, and tactical responses. Building these specialized law enforcement capabilities directly supports national counter-terrorism efforts.

### 3. Operation Stonegarden

FY 2026 Funding Amount: $81,000,000

Purpose: Operation Stonegarden funds target expenditure by local governments for the purpose of border protection and border security.

Award Criteria: Discretionary, competitive awards to states with 100 percent of funds sub-awarded to local law enforcement. The Department adopts the requirement for competition and criteria for award that is provided for in the legislative history of the appropriations act funding the program.

Nexus: Border security and joint law enforcement operations.

Analysis: Operation Stonegarden is designed to enhance cooperation among local, state, tribal, and federal law enforcement agencies to secure international land and water borders. This directly involves immigration enforcement support and border security operations, creating a direct nexus to immigration activities. Operation Stonegarden is designed to improve cooperation among law enforcement agencies to secure the international borders of the United States. Grant-funded activities depend on coordination, information sharing, joint planning, and operational cooperation across levels of government. Recipients and subrecipients that restrict communication or cooperation with DHS or immigration officials could impede information sharing, create operational gaps, undermine joint planning, and reduce the effectiveness of border security operations.

**4. Port Security Grant Program**

FY 2026 Funding Amount: $95,000,000

Purpose: Assistance to port authorities, facility operators, and state and local governments for maritime transportation infrastructure security.

Award Criteria: Statute requires that funds be allocated based on risk, but otherwise discretionary.

Nexus: Maritime critical infrastructure protection.

Analysis: The Port Security Grant Program builds security capabilities at maritime ports of entry, which are vital border locations. Protecting these boundaries and supporting maritime law enforcement activities establishes both a national security and a border enforcement nexus.

**5. Regional Catastrophic Preparedness Grant Program**

FY 2026 Funding Amount: $11,400,000

Purpose: Supports the building of core capabilities essential to achieving the

National Preparedness Goal of a secure and resilient nation by providing resources to close known capability gaps in Housing and Logistics and Supply Chain Management, encouraging innovative regional solutions to issues related to catastrophic incidents, and building on existing regional efforts.

Award Criteria: Discretionary program with no statutory award criteria. This program is administered through a competitive selection process.

Nexus: Catastrophic threat management.

Analysis: The Regional Catastrophic Preparedness Grant Program focuses on regional coordination to manage large-scale catastrophic incidents, including major terrorist attacks. This large-scale readiness is essential for national continuity and homeland defense.

**6. Securing the Cities**

FY 2026 Funding Amount: $12,600,000

Purpose: Securing the Cities reduces the risk of a successful deployment of nuclear or radiological weapons against 14 major metropolitan areas in the United States. This grant program assists state and local partner agencies as they build regional capabilities to detect, analyze, and report nuclear and other radioactive materials.

Award Criteria: Cooperative agreement; 14 pre-identified major metropolitan areas based on risk.

Nexus: Radiological and nuclear threat detection.

Analysis: Securing the Cities operates in high-risk urban areas to detect and prevent unauthorized attempts to use nuclear or radiological materials. This is a high-level counter-terrorism and national security initiative designed to prevent catastrophic attacks.

**7. State Homeland Security Program**

FY 2026 Funding Amount: $373,500,000

Purpose: Assists states and local and tribal governments in building and sustaining capabilities related to preventing, preparing for, protecting against, and responding to acts of terrorism.

Award Criteria: Statutory minimum allocation for each state with remaining awarded based on risk calculated using statutory criteria.

Nexus: Terrorism preparedness and law enforcement coordination.

Analysis: The State Homeland Security Program explicitly funds state and local capabilities to prevent, prepare for, protect against, and respond to acts of terrorism. It heavily funds Law Enforcement Terrorism Prevention Activities (LETPA), establishing a nexus to law enforcement and national security.

**8. Transit Security Grant Program**

FY 2026 Funding Amount: $88,350,000

Purpose: This program provides funds to public transit agencies to protect critical surface transportation infrastructure and the traveling public from acts of terrorism.

Award Criteria: Discretionary, competitive awards based on statutory criteria that require prioritization of funding based on risk.

Nexus: Transportation infrastructure security.

Analysis: The Transit Security Grant Program protects surface transportation systems and travelers from acts of terrorism. Because it focuses on safeguarding public soft targets through law enforcement and security enhancements, it directly supports national security.

**9. Urban Area Security Initiative**

FY 2026 Funding Amount: $553,500,000

Purpose: Financial assistance to high-risk urban areas in building and sustaining capabilities related to preventing, preparing for, protecting against, and responding to acts of terrorism.

Award Criteria: Awards based on risk calculated using statutorily required criteria. Discretion in determining how many high-risk urban areas shall receive funding through a State, but that discretion is often limited or guided by Congress through the annual appropriations process.

Nexus: High-threat urban area protection.

Analysis: The Urban Area Security Initiative targets high-density, high-threat metropolitan areas to build capability to respond to terrorist attacks. Its sole purpose is terrorism prevention and response in vulnerable target zones, establishing a nexus to law enforcement and national security.

## Attachment 1: Programs for which Immigration Term and Condition Will Not Apply

FEMA non-disaster programs listed below will not have an Immigration Term and Condition applied.[1]

In his declaration made on July 23, 2025, for *Illinois, et al v. FEMA et al.*, David Richardson, then the Senior Official Performing the Duties of Administrator for FEMA, provided a list of non-disaster grant programs which are exempt from the Immigration Term and Condition:

- Assistance to Firefighter Grants
- Building Resilient Infrastructure and Communities
- Chemical Stockpile Emergency Preparedness Program
- Community Assistance Program – State Support Services Element
- Cooperating Technical Partners
- Emergency Food and Shelter Program
- Emergency Management Baseline Assessments Grant
- Emergency Operations Center
- Fire Prevention and Safety
- Flood Mitigation Assistance
- Flood Mitigation Assistance Swift Current
- Homeland Security National Training Program – National Domestic Preparedness Consortium
- Homeland Security National Training Program – National Cybersecurity Preparedness Consortium
- Homeland Security Preparedness Technical Assistance Program
- National Dam Safety Program
- National Earthquake Assistance Grant Program
- National Earthquake Hazards Reduction Program and Multistate and National Earthquake Assistance Grant Program
- National Earthquake Hazards Reduction Program – Individual State Earthquake Assistance
- National Fire Academy Training Assistance
- National Incident Management Systems/Emergency Management Assistance Compact Program
- Nonprofit Security Grant Program
- Nonprofit Security Grant Program – National Security Supplemental
- Pre-Disaster Mitigation
- Pre-Disaster Mitigation Congressionally Directed Spending/Legislative Pre-Disaster Mitigation

[1] These programs will not apply the term titled "Communication and Cooperation with the Department of Homeland Security and Immigration Officials", and it will not apply paragraph (2)(a)(ii) of the term titled "Federal Anti-Discrimination Laws Material to the Government's Payment Decisions Under the False Claims Act."

- Rehabilitation of High Hazard Potential Dams Grant Program
- Safeguarding Tomorrow Revolving Loan Fund/Safeguarding Tomorrow through Ongoing Risk Mitigation Act
- Staffing for Adequate Fire and Emergency Response
- State and Local Cybersecurity Grant Program
- State Fire Training System Grants
- Urban Search and Rescue