FEMA

U.S. Department of Homeland Security
Washington, D.C. 20472

**October 8, 2026**

MEMORANDUM FOR: Pamela S. Williams
Acting Deputy Assistant Administrator
Grant Programs Directorate, Resilience

PAMELA S WILLIAMS — Digitally signed by PAMELA S WILLIAMS Date: 2026.10.08 13:36:40 -04'00'

FROM: David O'Leary (on behalf of TeNeane Bradford)
Division Director
Office of Grants Administration, Grant Programs Directorate, Resilience

DAVID P OLEARY — Digitally signed by DAVID P OLEARY Date: 2026.10.08 10:52:11 -04'00'

SUBJECT: Justification for Term Inclusion: FY 2026 Fusion Center Intelligence Support, Coordination, and Reporting Terms and Conditions within the Homeland Security Grant Program (HSGP) Awards.

## I. Purpose

This memorandum documents the rationale and statutory basis for including a specific term and condition titled "Fusion Center Intelligence Support, Coordination, and Reporting" (the "Fusion Center Term") in fiscal year (FY) 2026 Homeland Security Grant Program (HSGP) awards. The decision to include the Fusion Center Term was finalized on August 20, 2026, in consultation with the Department of Homeland Security (DHS) Office of Intelligence and Analysis (I&A) and other appropriate DHS officials. This memorandum also describes the administrative correction required because an earlier, incorrect draft of the Fusion Center Term was inadvertently included in the initial award packages.

## II. Background

HSGP is a primary federal funding source for the nation's network of state, local, tribal, and territorial fusion centers. Baseline requirements applicable to fusion centers are included in the annual Preparedness Grants Manual, which is expressly incorporated into HSGP awards.

The corrected Fusion Center Term supplements those baseline requirements by directing fusion centers receiving FY 2026 HSGP funds to provide intelligence support in four areas:

1. Supporting the appropriate regional Homeland Security Task Force (HSTF);

2. Supporting federal law enforcement actions against identity theft and related crimes;
3. Supporting federal initiatives to trace proceeds from federal benefit fraud that are sent to foreign recipients, focusing on terrorist and transnational criminal organizations; and
4. Prioritizing intelligence activities according to the Homeland Security Intelligence Priorities Framework (HIPF).

The Fusion Center Term requires fusion centers to provide quarterly updates to the Federal Emergency Management Agency's (FEMA) Grants Programs Directorate. These updates are expected to include a general description of the support provided and applicable performance metrics, such as the number of tips, leads, or Suspicious Activity Reports (SARs) provided to federal partners; personnel assigned to an HSTF; joint HSTF analytic products; intelligence concerning identity theft and fraudulent identity documents; information regarding participation in DHS 287(g) programs; intelligence concerning suspected federal benefit fraud; and products analyzing outbound remittances or wire transfers linked to suspected benefit fraud.

The Term also requires fusion centers to describe how they use the HIPF to allocate resources and personnel. Intelligence products must identify the relevant HIPF priority topic, and most intelligence products must align with Priority One topics.

## III. Rationale for Including the Fusion Center Term

Historically, DHS and FEMA have lacked sufficiently specific and measurable information about how fusion centers use HSGP funds. This has limited FEMA's ability to assess the extent to which funded activities advance HSGP objectives.

Including the Fusion Center Term in FY 2026 HSGP awards is intended to:

1. Strengthen accountability for fusion centers receiving HSGP funds;
2. Establish consistent quarterly reporting regarding specified activities and operational outputs;
3. Improve visibility into how grant-supported personnel and resources advance federal homeland security priorities; and
4. Provide FEMA with information to evaluate whether grant-supported fusion center activities further HSGP objectives.

The quarterly updates are expected to address fusion center support for regional HSTFs, federal law enforcement actions against identity theft and related crimes, efforts to trace proceeds from federal benefit fraud sent to foreign recipients, and intelligence activities aligned with the HIPF. This reporting will provide FEMA with more consistent information concerning grant-supported activities, operational outputs, partnerships, and resource allocation.

## IV. Connection to the HSGP Statutory Authority

The statutory authorities governing HSGP support the inclusion of the Fusion Center Term. The Urban Area Security Initiative (UASI), under 6 U.S.C. § 604(a), and the State Homeland Security Grant Program (SHSP), under 6 U.S.C. § 605(a), provide grants to assist state, local, and tribal governments, including high-risk urban areas, in preventing, preparing for, protecting against, and responding to acts of terrorism. Requiring grant-supported intelligence activities to align with the HIPF advances this statutory purpose.

Under 6 U.S.C. § 607(a)(1) and (2), not less than 25 percent of the combined funds appropriated for UASI and SHSP must be used for law enforcement terrorism prevention activities. The statute identifies eligible activities that include:

- Information sharing and analysis, under 6 U.S.C. § 607(a)(2)(A);
- Establishing, enhancing, and staffing state, local, and regional fusion centers, under 6 U.S.C. § 607(a)(2)(G); and
- Paying salaries and benefits for qualified intelligence analysts, under 6 U.S.C. § 607(a)(2)(H).

Similarly, 6 U.S.C. § 609(a)(7) and (11) permits recipients to use grant funds to establish, enhance, and staff fusion centers and to pay salaries and benefits for qualified intelligence analysts.

In addition, 6 U.S.C. § 608(a)(2) provides that, when allocating funds, the FEMA Administrator shall consider "the anticipated effectiveness of the proposed use of the grant . . . in increasing the ability of that State or high-risk urban area to prevent, prepare for, protect against, and respond to acts of terrorism." The Fusion Center Term establishes reporting mechanisms, including quarterly updates concerning operational activities, outputs, personnel, partnerships, and resource allocation. This information will assist FEMA in evaluating the effectiveness of proposed and funded fusion center activities and administering HSGP consistent with this statutory direction.

## V. Correction of Administrative Error in Fiscal Year 2026 HSGP Award Packages

FEMA recently determined that the initial FY 2026 HSGP award packages inadvertently included an earlier, incorrect draft of the Fusion Center Term.

To remedy this error, FEMA is amending the affected award packages to replace the incorrect draft with the approved version of the Fusion Center Term. This administrative correction will ensure that the award conditions accurately reflect the policy decision finalized on August 20, 2026, in consultation with DHS I&A and other appropriate DHS officials.

## VI. Conclusion

FEMA is amending the affected FY 2026 HSGP award packages to replace the incorrect draft

with the approved version of the Fusion Center Term. Amending the Fusion Center Term supplements baseline requirements by directing applicable fusion centers recipients of FY 2026 HSGP funds to provide intelligence support as well as requiring descriptions of how recipients use the HIPF to allocate resources and personnel.

This improved reporting will provide DHS and FEMA with more consistent information concerning grant-supported activities, operational outputs, partnerships, and resource allocation related to how fusion centers use HSGP funds.

This administrative correction will ensure that the award conditions accurately reflect the policy decision finalized on August 20, 2026, in consultation with DHS I&A and other appropriate DHS officials.

Thank you for your consideration.